IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § No. 11-37956-H5-13 |
| Cray, Richelle | § |
| | § Chapter 13 |
| | § |
| | § |
| **DEBTOR(S)** | § |

## MOTION FOR ENTRY OF AN ORDER DIRECTING
## THE DEBTOR'S EMPLOYER TO PAY TRUSTEE

CHAPTER 13 DEBTOR requests that the Court enter a Wage Order providing for payroll deduction of Chapter 13 Plan Payments from the wages of Richelle Cray.

Pursuant to Bankruptcy Local Rule 2003(c) the Debtor(s) requests entry of an Order Directing the Debtor's Employer to Pay Trustee. A Form of Wage Order is attached.

The Court has the authority to enter this order pursuant to Bankruptcy Code Sections 105, 363(e), 1306, and 1326(a)(3). The Debtor has consented to the entry of this order. Notice of this motion need not be given to anyone because the debtors have consented to entry of this order.

WHEREFORE, PREMISES CONSIDERED, Debtor prays for entry of an order directing the debtor's employer to deduct the amount of the debtor's monthly Chapter 13 Plan Payment from the wages earned by the debtor and to remit said sum to:

    William E. Heitkamp, Trustee
    P.O. Box 740
    Memphis, TN  38101-0740


    Respectfully Submitted,

    /s/ Michael G. Busby, Jr.
    Michael G. Busby, Jr.
    Attorney for Debtor(s)
    State Bar No.24036294
    2909 Hillcroft St, Ste 350
    Houston, TX 77057
    Phone: (713) 974-1151
    Fax: (713) 974-1181

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the MOTION FOR ENTRY OF AN ORDER DIRECTING THE DEBTOR'S EMPLOYER TO PAY TRUSTEE was either electronically noticed or mailed via U.S. Mail, postage prepaid, first class mail to the following parties listed below on September 20, 2011.

      /s/ Michael G. Busby, Jr.
      Michael G. Busby, Jr.
      ATTORNEY FOR DEBTOR(S)

William E. Heitkamp
Chapter 13 Trustee
9821 Katy Freeway, Suite 590
Houston, Texas  77024

U.S. Trustee
515 Rusk, Suite 3516
Houston, Texas 77002

Cray, Richelle
538 Nadia Way
Stafford, TX 77477